| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
ANTHONY VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-po-00120-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO SET INITIAL APPEARANCE FOR MAY 15** |
| vs. | |
| ANTHONY VALDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Anthony Valdez, that the Court sets this case for an initial appearance on May 15, 2018 at 2:00 p.m. in Yosemite National Park.

On November 15, 2017, Mr. Valdez was issued three bailable tickets for simple traffic violations (expired registration, suspended license, and no proof of insurance). The cost of the tickets amounted to $1,290.00. Mr. Valdez, who is in the middle of a divorce and custody battle, could not afford to pay the tickets and was hoping to appear in court to negotiate a reduced fine or payment plan. Unfortunately, he missed his initial appearance that was set for February 27, 2018.

Upon realizing that he had inadvertently missed his court date, he called the Office of the Federal Defender. The Court's next CVB calendar is on May 15, 2018. Accordingly, the parties request that the Court resets Mr. Valdez's initial appearance for May 15, 2018 at 2:00 p.m. in

Yosemite National Park.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 30, 2018        /s/ *Susan St. Vincent*
                            Susan St. Vincent
                            Yosemite Legal Officer
                            Attorney for Plaintiff

                            HEATHER E. WILLIAMS
                            Federal Defender

Date: April 30, 2018        /s/ *Hope Alley*
                            HOPE ALLEY
                            Assistant Federal Defender
                            Attorney for Defendant
                            ANTHONY VALDEZ

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, Mr. Valdez's initial appearance is reset for May 15, 2018 at 2:00 p.m. in Yosemite National Park.

IT IS SO ORDERED.

Dated:   May 7, 2018                    /s/ *Jeremy D. Peterson*
                                        UNITED STATES MAGISTRATE JUDGE

Valdez: Stipulation to Reset Initial Appearance